UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY L. SANDERS,

              Plaintiff,

-vs-                                    Case No. 6:05-cv-1903-Orl-28KRS

J.R. LONG, BRYAN BOULDER,
HEATHER BOULDER, VALERIE
STUMPH/SANDERS,

              Defendants.
_____

## ORDER

This case is before the Court on the Motion for Leave to Proceed In Forma Pauperis (Doc. 2) and the Motion for Leave to File at a Later Time (Doc. 4), filed December 23, 2005. The United States Magistrate Judge has submitted a report recommending that the complaint be dismissed without prejudice, the motions be denied as moot, and Plaintiff be allowed to file an amended complaint.

After an independent *de novo* review of the record in this matter, and considering the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 6, 2006 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Complaint is **DISMISSED without prejudice.** <u>**Plaintiff may file an amended complaint on or before February 28, 2006.**</u>

3.  The Motion for Leave to Proceed In Forma Pauperis (Doc. 2) and the Motion for Leave to File at a Later Time (Doc. 4) are denied without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3__ day of February, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party